Loss *v.* Fry.

---

# New York Marine Court.

*Trial Term—June*, 1875.

# CHRISTIAN LOSS, ET AL., *against* STERRY FRY, ET AL.

The lien of a mechanic for work done upon a chattel in his possession, being given by law, takes precedence over a chattel mortgage thereon previously filed.

Action to foreclose the lien of a mechanic.

The defendants deny the plaintiffs' right of lien, and assert a lien in themselves under a chattel mortgage filed previous to the time when plaintiffs' alleged lien attached.

McADAM, J.—The question of law presented by the admitted facts of this case, is whether the lien of a mechanic upon coaches of which he has possession, for his necessary repairs made thereon, by him for the owner, is prior in law to, and therefore enforceable against that of a mortgagee thereof, whose mortgage was made and duly filed pursuant to statute prior to the making of such repairs. The general term of the supreme court, in Scott v. Delahunt (5 *Lansing*, 372), had the question under consideration, and after a full examination held (citing several cases) that the lien of the mechanic for repairs to a chattel in his possession under such circumstances (being given by law and not by agreement), had precedence over the lien of the chattel mortgage previously filed, and the decision in that case is conclusive upon this (See also Williams v. Alsup, 10 *Com. Bench*, *N. S.* 417; 100 *E. C. L.* 416). There must, therefore, be a judgment in favor of the plaintiffs, the form of which will be settled upon two days' notice.